**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DAVID ROSARIO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:24-273 |
| | ) | Judge Nora Barry Fischer |
| PENNSYLVANIA BOARD OF | ) | Magistrate Judge Maureen P. Kelly |
| PROBATION AND PAROLE; WARDEN | ) | |
| SCI HOUTZDALE; and ATTORNEY | ) | |
| GENERAL OF THE STATE OF | ) | |
| PENNSYLVANIA, | ) | |
| | ) | |
| Respondents. | ) | |

## <u>MEMORANDUM ORDER</u>

AND NOW, this 16th day of March, 2026, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Maureen P. Kelly on February 2, 2026, (Docket No. 15), recommending that the § 2254 habeas petition filed by Petitioner David Rosario against Respondents Pennsylvania Board of Probation and Parole, et al., be denied as he failed to exhaust administrative remedies and therefore procedurally defaulted his claims challenging the decision denying him parole and that Petitioner's claims are otherwise without merit, and further directed that objections were due in 14 days such that objections from non-ECF users were due by February 19, 2026, no objections having been filed as of the date of this Order, the matter having been reassigned to the undersigned for prompt disposition, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of February 2, 2026, (Docket No. 15), which is ADOPTED as the opinion of this Court,

1

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus [1] is DENIED, for the reasons set forth in the Report and Recommendation. *See Ondish v. Hainesworth*, No. CV 3:25-64, 2026 WL 191713, at *1 (W.D. Pa. Jan. 26, 2026) (holding that Petitioner "has failed to show that the denial of parole was a result of a violation of his Constitutional rights as he has not established that the Parole Board relied upon impermissible factors and this Court is not permitted to second guess the Parole Board's decisions or factual findings in reviewing a habeas petition.");

IT IS FURTHER ORDERED that no certificate of appealability shall issue as Petitioner has not made a substantial showing of a denial of a Constitutional right;

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED; and,

FINALLY, IT IS ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Magistrate Judge Maureen P. Kelly

cc:     DAVID ROSARIO
        JZ2325
        SCI DALLAS
        1000 Follies Road
        Dallas, PA 18612 (via first class mail)